**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-24-02815-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| $60,503.00 in US Currency, | |
| Defendant. | |

This matter was assigned to Magistrate Judge John Z. Boyle. (Doc. 2). On April 28, 2026, the Magistrate Judge filed a Report and Recommendation with this Court.[1] (Doc. 20). To date, no objections have been filed. The Magistrate Judge recommends that the Court grant the Government's Motion for default Judgment (Doc. 14) because the

---

[1] This case is assigned to a Magistrate Judge. However, not all parties have consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant to General Order 21-25, which states in relevant part:

> When a United States Magistrate Judge to whom a civil action has been assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1) due to incomplete status of election by the parties to consent or not consent to the full authority of the Magistrate Judge,

> **IT IS ORDERED** that the Magistrate Judge will prepare a Report and Recommendation for the Chief United States District Judge or designee.

> **IT IS FURTHER ORDERED** designating the following District Court Judges to review and, if deemed suitable, to sign the order of dismissal on my behalf:

> Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

Government has complied with the forfeiture procedures and has satisfied the Eitel factors. (Doc. 20).

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. Moreover, the Government has demonstrated compliance with the forfeiture procedures outlined in Rule G of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Eitel factors support an entry of default judgment. (Doc. 20).

**CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 20).

**IT IS FURTHER ORDERED granting** Plaintiff's Motion for Default Judgment. (Doc. 14).

**IT IS FURTHER ORDERED** that the interest of Antwan Lamont Coates, Frank Jones, and all others in the defendant property consisting of $60,503.00 in United States

currency is **forfeited** to the United Stated of America in accordance with 21 § U.S.C. 881(a)(6) and (c).

**IT IS FURTHER ORDERED** that the defendant property be disposed of according to applicable law.

**IT IS FURTHER ORDERED directing** the Clerk of Court to enter judgment accordingly and terminate this case.

Dated this 15th day of May, 2026.

_____
Stephen M. McNamee
Senior United States District Judge

- 3 -